IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LINDA UNDERWOOD** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>**v.** )<br>)<br>**ACXIOM CORPORATION,** )<br>**TRANS UNION, LLC** )<br>)<br>**Defendants.** ) | No. 2:09 cv 00334-WHA-CSC |

## CORPORATE DISCLOSURES OF ACXIOM CORPORATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Acxiom Corporation discloses that it has no parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: April 24, 2009

Respectfully submitted,

/s/Chad W. Bryan
Counsel for Defendant
Acxiom Corporation

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street  (36104)
Post Office Box 2069  (36102-2069)
Montgomery, Alabama  36104
Telephone:   (334) 241-8034
Facsimile:  (334) 241-8234
E-mail:  cwb@chlaw.com

Rose Law Firm
Amy Lee Stewart
Arkansas Bar No. 88167
Meredith Blaise Rebsamen
Arkansas Bar No. 2004074
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309

## CERTIFICATE OF SERVICE

I, Chad W. Bryan, hereby certify that on this 24th day of April, 2009, I caused a copy of the foregoing Answer to Complaint and Affirmative Defenses to be filed electronically with the Clerk of Court via ECF, which shall send notification of such filing to the following attorneys of record:

Charles A. Dauphin
Joseph D. Jackson, Jr.
Baxley, Dillard, Dauphin,
McKnight & James
2008 Third Avenue S.
Birmingham, AL 35233

Attorneys for Trans Union LLC

Brandon L. Blankenship
Attorney at Law
2001 Park Place North, Suite 825
Birmingham, AL 35203-2774

Attorney for Plaintiff

/s/ Chad W. Bryan
Chad W. Bryan